OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
**Northern District of Oklahoma**
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Mark C. McCartt
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

November 18, 2020

**Richard Paul Liebowitz**
Liebowitz Law Firm, PLLC
11 SUNRISE PLAZA STE 305
VALLEY STREAM, NY 11580

Re: Mango v. PennWell Corporation
20-cv-587-JFH-CDL

Dear Counselor(s):

Since you are an attorney of record in the above-styled case, your attention is brought to our Local Rule 83.3 (a) in regard to resident counsel requirements. A copy of this district's Local Court Rules can be obtained from our public web site at www.oknd.uscourts.gov.

If you have any questions, please feel free to contact this office.

Very truly yours,

Mark C. McCartt, Clerk of Court

s/ S. Clark

By: S. Clark, Deputy Clerk