UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREGORY MANGO,<br><br>      Plaintiff,<br><br> - against -<br><br>(1) PENNWELL CORPORATION<br><br>      Defendant. | Docket No. 4:20-cv-587-TCK-CDL |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. Plaintiff will file a notice of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff Gregory Mango*